# Court of Appeals
# of the State of Georgia

ATLANTA,  April 15, 2026

*The Court of Appeals hereby passes the following order:*

**A26E0181.   ANDREA PLUMMER v. UNITED STATES LUGGAGE COMPANY, LLC.**

Upon consideration of Andrea Plummer's Emergency Motion for Stay of Enforcement Pending Consideration of Application for Discretionary Appeal, said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  04/15/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*